**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES RUSSELL MUNSON                                                          PLAINTIFF
ADC #112106

V.                                        NO: 5:08CV00202 BSM/HDY

LARRY NORRIS *et al.*                                                        DEFENDANTS

<u>**ORDER**</u>

　　　The court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

　　　IT IS THEREFORE ORDERED THAT plaintiff's claims against Ray Hobbs, Minnie Drayer, Judy Taylor, Robert Boyd, Richard Dickson, Ron Ball, Jimmy Burrow, Jr., Mark Warner, Thomas Ford, Jon Mourot, Gentry, Gunter, Wright, Bowman, Jones, Hughes, Shannon D. Porchia, John Doe, James, Cleo Smith, Wendy Kelly, George Simon, Ramick, Dale Reed, and James Hipple, are DISMISSED WITHOUT PREJUDICE, and their names are removed as party defendants.

　　　DATED this 3rd day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE