**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES RUSSELL MUNSON                                                                                     PLAINTIFF
ADC #112106

V.                                            NO: 5:08CV00202 BSM/HDY

LARRY NORRIS *et al.*                                                                                    DEFENDANTS

### ORDER

Plaintiff, an inmate at the Delta Regional Unit of the Arkansas Department of Correction, filed a *pro se* complaint (docket entry #2), pursuant to 42 U.S.C. § 1983, on July 28, 2008. Pursuant to a Court order, Plaintiff filed an amended complaint on October 9, 2008 (docket entry #13), in which he sought to voluntarily dismiss his claims against some Defendants, and continue with his claims against others. Among the Defendants Plaintiff wished to continue against was Dale Reed. However, Reed's name was erroneously listed as a Defendant to be dismissed in the partial Recommended Disposition and the order adopting those recommendations. Reed was served with a summons and complaint (docket entries #15 & #23). Because it appears that Reed should still be a Defendant, the Court's order dismissing Plaintiff's claims against him (docket entry #29) is vacated only to the extent that it dismissed Plaintiff's claims against Reed. The Clerk is directed to change the style of the case to reflect the fact that Reed is reinstated as Defendant, and Reed is directed to file his responsive pleading no later than 20 days after the entry of this order.

IT IS SO ORDERED this 19th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE