**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES RUSSELL MUNSON                                                                                    PLAINTIFF
ADC #112106

V.                                               NO: 5:08CV00202 BSM/HDY

LARRY NORRIS *et al.*                                                                                  DEFENDANTS

### ORDER

On January 22, 2009, Plaintiff filed a letter seeking advice regarding discovery issues (docket entry #67). The Court cannot offer legal advice. Instead of seeking advice from the Court, Plaintiff should consult the Federal Rules of Civil Procedure.[1] Accordingly, to the extent that Plaintiff's letter can be construed as a request for legal advice, his request is DENIED.

IT IS SO ORDERED this   23   day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's letter concerned requests for admission, which are governed by Fed.R.Civ.P. 36.