**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES RUSSELL MUNSON                                                                                    PLAINTIFF
ADC #112106

V.                                          NO: 5:08CV00202 BSM

LARRY NORRIS *et al.*                                                                                    DEFENDANTS

**ORDER**

The court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for judgment on the pleadings (docket entry #65) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2. All pending motions are DENIED AS MOOT.

DATED this 26thday of May, 2009.

_____
UNITED STATES DISTRICT JUDGE