# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES RUSSELL MUNSON                                                                                    PLAINTIFF
ADC #112106

V.                                            NO: 5:08CV00202 BSM

LARRY NORRIS *et al.*                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 26thday of May, 2009.

_____
UNITED STATES DISTRICT JUDGE